UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| AISHA AHMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV408-231 |
| | ) | |
| TROON GOLF, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On January 5, 2009, this Court granted Plaintiff Aisha Ahmed leave to proceed in forma pauperis in her Title VII action against defendant Troon Golf, LLC. Doc. 3. In that Order, the Court directed her to "submit a formal complaint within 30 days of this Order," *id.* at 5, and warned of possible dismissal if she failed to comply. *Id.* at 6. Plaintiff has failed to comply. Accordingly, her case should be **DISMISSED WITHOUT PREJUDICE.**

**SO REPORTED AND RECOMMENDED** this ___14th___ day of April, 2009.

/s/ **G.R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**