FILED
U.S. DISTRICT COURT
SAV. DIV.
2009 MAY -4 AM 9:43
CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AISHA AHMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV408-231 |
| ) | |
| TROON GOLF, LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 4 day of May, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA